**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Missouri*

*Violent Crime Unit*

| | |
|---|---|
| *Jennifer L. Szczucinski* | *Thomas F. Eagleton U.S. Courthouse*    Direct: (314) 539-6804 |
| *Assistant United States Attorney* | *111 South 10th Street, Rm. 20.333*    Office: (314) 539-2200 |
| | *St. Louis, Missouri 63102*            Fax:    (314) 539-3887 |

June 25, 2025

**VIA ELECTRONIC MAIL AND SERVICE**
Mohammed Ahmed & Tyler Morgan
Attorneys for Defendant Larry Mallard
1010 Market Street, Suite 200
St. Louis, MO 63101

> In re:  *United States v. Larry Mallard*
> **Case No. 4:24-CR-00351-HEA**
> **Amended Notice of Intent to Introduce Evidence under FRE 404(b)**

Dear Counsel:

This letter serves as formal notice that the United States intends to introduce evidence at trial of other bad acts by Mr. Mallard under Federal Rule of Evidence 404(b).

## FRE 404(b) Evidence

    A.  <u>April 25, 2024 Arrest in St. Louis, Missouri</u>

The United States intends to offer evidence related to the arrest of Mr. Mallard in the City of St. Louis, Missouri, on April 25, 2024. Specifically, the United States intends to elicit testimony from a St. Louis Metropolitan Police Department officer about responding to a domestic disturbance in which Mr. Mallard was alleged to possess a firearm just 12 hours prior to the instant offense. This evidence is intrinsic to Count One of the indictment, which charges Mr. Mallard with being a felon in possession of a firearm. Such evidence is relevant to show the association between Mr. Mallard and the firearm from the instant offense. *United States v. Wright*, 993 F.3d 1054, 1063-64 (8th Cir. 2021).

Even if this evidence does not qualify as intrinsic, it is admissible to establish knowledge, intent, absence of mistake, and lack of accident related to the possession of firearms under Rule 404(b). This arrest led to state-level criminal charges against Mr. Mallard, even though the charges were ultimately dismissed.

Please see enclosed a copy of the St. Louis Metropolitan Police Department Case Report 24-016651.

    B.  <u>March 9, 2024 Incident in St. Louis, Missouri</u>

The United States intends to offer evidence related to a reported involving Mr. Mallard in the City of St. Louis, Missouri, on March 9, 2024. Specifically, the United States intends to elicit testimony

from St. Louis Metropolitan Police Department officers about responding to a domestic disturbance in which Mr. Mallard was alleged to possess a firearm. This evidence is intrinsic to Count One of the indictment, which charges Mr. Mallard with being a felon in possession of a firearm. Such evidence is relevant to show the association between Mr. Mallard and the firearm from the instant offense. *United States v. Wright*, 993 F.3d 1054, 1063-64 (8th Cir. 2021).

Even if this evidence does not qualify as intrinsic, it is admissible to establish knowledge, intent, absence of mistake, and lack of accident related to the possession of firearms under Rule 404(b). This arrest led to state-level criminal charges against Mr. Mallard, even though the charges were ultimately dismissed.

Please see enclosed a copy of the St. Louis Metropolitan Police Department Case Report 24-009855.

    C. <u>March 18, 2024 Incident and Arrest in St. Louis, Missouri</u>

The United States intends to offer evidence related to the arrest of Mr. Mallard in the City of St. Louis, Missouri, on March 18, 2024. Specifically, the United States intends to elicit testimony from a St. Louis Metropolitan Police Department officer about responding to a domestic disturbance in which Mr. Mallard was alleged to possess a firearm. This evidence is intrinsic to Count One of the indictment, which charges Mr. Mallard with being a felon in possession of a firearm. Such evidence is relevant to show the association between Mr. Mallard and the firearm from the instant offense. *United States v. Wright*, 993 F.3d 1054, 1063-64 (8th Cir. 2021).

Even if this evidence does not qualify as intrinsic, it is admissible to establish knowledge, intent, absence of mistake, and lack of accident related to the possession of firearms under Rule 404(b). This arrest led to state-level criminal charges against Mr. Mallard, even though the charges were ultimately dismissed.

Please see enclosed a copy of the St. Louis Metropolitan Police Department Case Report 24-0.

Should you have any questions, please do not hesitate to contact me.

    Sincerely,

    MATTHEW T. DRAKE
    Acting United States Attorney

    */s/ Jennifer L. Szczucinski*
    Jennifer Szczucinski & Nauman Wadalawala
    Assistant United States Attorneys

cc: Clerk, United States District Court (w/o enclosures)